**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHAEL CRUZ, *on behalf of himself and all others*
*similarly situated,*

                        Plaintiff,

            -against-

HAWAIIAN ISLES KONA COFFEE COMPANY,
LTD.,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                       ORDER

         20 Civ. 9681 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The March 24, 2021 conference is canceled.

Dated: New York, New York
       March 18, 2021

                          SO ORDERED.

                          *George B. Daniels*

                          GEORGE B. DANIELS
                          United States District Judge