**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D  +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

JUN 2 8 2021

**SO ORDERED**

June 25, 2021

**VIA ECF**

The initial conference is adjourned from June 30, 2021 to July 28, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

JUN 2 8 2021

Re:   Cruz v. Hawaiian Isles Kona Coffee Company, LTD., Case No. 1:20-cv-09681-GBD

Dear Judge Daniels:

We represent defendant Hawaiian Isles Kona Coffee Company ("Defendant") in the above-referenced matter. Together with plaintiff Shael Cruz, we jointly and respectfully move the Court to adjourn the initial conference currently scheduled for June 30, 2021 at 9:30 a.m. (Dkt. 17) to a date and time of the Court's convenience sometime following Defendant's deadline to respond, currently July 19, 2021. (Dkt. 19.)

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)