

大成 DENTONS

Karla Del Pozo Garcia
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUL 2 6 2021

July 26, 2021

**VIA ECF**

SO ORDERED

The initial conference is adjourned from July 28, 2021 to September 29, 2021 at 9:45 a.m.

*George B Daniels*
HON. GEORGE B. DANIELS

JUL 2 6 2021

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Cruz v. Hawaiian Isles Kona Coffee Company, LTD.*, Case No. 1:20-cv-09681-GBD - Request for Adjournment of Initial Conference scheduled for July 28th, 2021.

Dear Judge Daniels:

We represent defendant Hawaiian Isles Kona Coffee Company ("Defendant") in the above-referenced matter. Together with plaintiff Shael Cruz, we jointly and respectfully move the Court to adjourn the initial conference currently scheduled for July 28, 2021 at 9:30 a.m. (Dkt. 21) to a date and time of the Court's convenience sometime following Defendant's deadline to respond, currently August 18, 2021. (Dkt. 24.)

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_Active\118644891\V-1