

大成 DENTONS

Karla Del Pozo García
Associate

karla.delpozogarcia@dentons.com
D  +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

September 21, 2021

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The initial conference is adjourned from
September 29, 2021 to November 10, 2021 at 9:30 a.m.

SEP 2 4 2021     /s/ George B. Daniels
                 GEORGE B. DANIELS

Re:   Cruz v. Hawaiian Isles Kona Coffee Company, LTD., Case No. 1:20-cv-09681-GBD

Dear Judge Daniels:

We represent defendant Hawaiian Isles Kona Coffee Company ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from September 21, 2021 to November 5, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

/s/ Karla Del Pozo García
Karla Del Pozo García

cc:   All counsel of record (by ECF)

Sirote ▶ Adepetun Caxton-Martins Agbor & Segun ▶ Davis Brown ▶ East African Law Chambers ▶ Eric Silwamba, Jalasi and Linyama ▶ Durham Jones & Pinegar ▶ LEAD Advogados ▶ Rattagan Macchiavello Arocena ▶ Jiménez de Aréchaga, Viana & Brause ▶ Lee International ▶ Kensington Swan ▶ Bingham Greenebaum ▶ Cohen & Grigsby ▶ Sayarh & Menjra ▶ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms